IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 17-182 |
| MATTHEW SMITH, et al | |

## APPEARANCE OF COUNSEL

NOTICE is hereby given that Tonya S. Goodman, Assistant United States Attorney, is co-counsel of record for the government in the above criminal action.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney


s/ Tonya S. Goodman
TONYA S. GOODMAN
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 894-7340 (Phone)
(412) 644-4549 (Fax)
tonya.goodman@usdoj.gov
PA ID No. 204724